Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Ian C. Beck, Bar No. 035599
ibeck@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona  85016
Telephone:   602.474.3600
Fax No.:       602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie David Hayward,<br><br>            Plaintiff,<br><br>v.<br><br>Safeway / Albertsons,<br><br>            Defendant. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 (DIVERSITY)** |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Safeway, Inc. and Albertsons Companies, Inc. ("Defendants") hereby remove the above-entitled action from the Superior Court of the State of Arizona, County of Pima, to the United States District Court for the District of Arizona.  Defendants make the removal because this Court has original jurisdiction under 28 U.S.C. § 1332 and the action is removable under 28 U.S.C. §§ 1441, 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendants state the following:

1.      On July 29, 2022, Plaintiff Willie David Hayward ("Plaintiff") filed an Original Complaint ("Complaint") in the Superior Court of Arizona, County of Pima, styled *Willie David Hayward v. Safeway/Albertsons*, Case No. CV2022-3073 (the "State Court Action").  Plaintiff's Complaint does not assert any specific legal claims, but purports to

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

seek damages for emotional distress and "public shaming," among others. A true and correct copy of Plaintiff's Original Complaint is attached to this Notice of Removal as **Exhibit 1**.

2.     On August 9, 2022, Plaintiff served a copy of the state court Complaint, Summons, and Civil Cover Sheet on Defendants by certified mail. True and complete copies of all process, pleadings, and orders in the State Court Action received by Defendants are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached hereto as **Exhibit 2.**

3.     Accordingly, Defendants have filed this Notice of Removal within 30 days of the filing of the Complaint and receipt by Defendants of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b). Specifically, each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal. 28 U.S.C. § 1446(b)(2)(B).

4.     This Court has original jurisdiction over the action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.     Specifically, Plaintiff is now, and at the time he commenced this action, a citizen of Pima County within the state of Arizona. (*See* Plaintiff's Complaint at pg. 1, Jurisdiction And Venue).

6.     Defendants are not, and were not at the time this action commenced, citizens of the state of Arizona.

7.     Pursuant to 28 U.S.C. § 1332(c)(1), Safeway, Inc. is a citizen in the state where it is incorporated and in the state where it has its principal place of business. Safeway, Inc., with its main office located in Pleasonton, California and having been incorporated in Delaware, is a citizen of both California and Delaware.

8.     Pursuant to 28 U.S.C. § 1332(c)(1), Albertsons Companies, Inc. is a citizen in the state where it is incorporated and in the state where it has its principal place of business. Albertsons Companies, Inc., with its main office located in Boise, Idaho, and having been incorporated in Delaware, is a citizen of both Idaho and Delaware.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

2

9.    Accordingly, there is complete diversity of citizenship between the parties.

10.    As to the amount in controversy requirement, Defendants need only establish that the amount in controversy exceed $75,000 by a preponderance of the evidence; that is, that it is more likely than not that the amount in controversy exceeds $75,000.00. *See Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

11.    Here, the Complaint alleges damages up to $19,000,000 for emotional distress, "future medical and mental health coverage," pain and suffering, "public shaming," and punitive damages. (*See* Plaintiff's Complaint at pg. 4, Demand For Relief).

12.    Based on the foregoing, this Action is properly removed to this Court as there is complete diversity and the amount in controversy requirement is satisfied.

13.    Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a) because the Pima County Superior Court is located within this District.

14.    Based on the foregoing this Action is properly removed to this Court.

15.    Defendants have given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court filed in the Maricopa County Superior Court, State of Arizona, is attached as **Exhibit 3**.

16.    Defendants filed a Notice to State Court of Removal of Civil Action to Federal Court in the Maricopa County Superior Court, State of Arizona, and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached as **Exhibit 4**.

Dated: August 29, 2022

/s/ Kristy L. Peters
Kristy L. Peters
Ian C. Beck
LITTLER MENDELSON, P.C.

Attorneys for Defendants
Safeway, Inc. and Albertsons Companies, Inc.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

3

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and e-mail and U.S. Mail to the following if non-registrants this 29th day of August, 2022:

Willie David Hayward
7671 East Tanque Verde Road
Apt. 466
Tucson, Arizona 85715
*Lordsbednbreakfast@gmail.com*

*/s/ Aurea Bishop*

4856-2342-8143.1 / 084948-1000

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

4